IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBU/Elements, Inc.,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-2559 |
| | : | |
| **Elements Personal Care, Inc.,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

This 19th day of August, 2016, upon review of Plaintiff's Motion for Preliminary Injunction, and following the presentation of evidence at a hearing on July 28–29, 2016, it is **ORDERED** that the Motion is **GRANTED** for the reasons expressed in the accompanying Memorandum.  **IT IS FURTHER ORDERED THAT:**

1. For the duration of this Court Order, Defendants are enjoined from using the Magsoothium trademark;

2. For the duration of this Court Order, Defendants are enjoined from using the After the Game trademark, except for use corresponding to accounts that pre-existed the execution of the parties' Asset Purchase Agreement;

3. Defendants shall maintain and hold all records, documents, and other forms of information, including that stored in electronic form, which relate to the allegations in the Complaint;

4. Defendants must provide a copy of this Order to any member, employee, or agent of Defendants;

1

5. Defendants shall relinquish and deliver to Plaintiff any goods, signs, packaging, advertising, or other materials bearing the Magsoothium or After the Game marks within ten days of this Order;

6. The bond in the sum of $10,000.00 that Plaintiff previously posted with the Clerk of the United States District Court for the Eastern District of Pennsylvania shall remain as surety; and

7. Plaintiff's counsel shall immediately provide notice of this Order and make service of all papers to Defendants.

This Preliminary Injunction is entered at 10:00 a.m. and shall remain in effect until otherwise modified by an Order of this Court.

/s/ Gerald Austin McHugh
United States District Judge